IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY L. CHERRY and SHENNA D. CHERRY
Individually and on Behalf of All Others
Similarly Situated                                                                                    PLAINTIFFS

VS.                                    CASE NO. 14-CV-4014

SHELTER MUTUAL INSURANCE COMPANY                                          DEFENDANT

**ORDER**

Before the Court is the parties' Joint Motion to Stay Pending Judicial Settlement Conference. (ECF No. 19). The parties request that the Court stay all proceedings pending the conclusion of a forthcoming judicial settlement conference in the Eastern District of Arkansas. According to the parties, the date of the settlement conference has not yet been set.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion should be and hereby is **GRANTED**. All deadlines in this case are hereby stayed until 14 days after the conclusion of the settlement conference.[1] The parties must submit a report to the Court every 30 days while the stay is in place. This report should be submitted by letter to sohinfo@arwd.uscourts.gov.

IT IS SO ORDERED, this 24th day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that Plaintiffs' deadline to respond to Defendant's Motion to Dismiss expires today. Accordingly, Plaintiffs' response will now be due 14 days from the conclusion of the settlement conference.