IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY L. CHERRY, *et al*　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

VS.　　　　　　　　　　　　CASE NO. 14-CV-4014

SHELTER MUTUAL INSURANCE COMPANY　　　　　　　　　　　DEFENDANT

## **ORDER**

　　Before the Court is the parties' Joint Motion to Stay Pending Settlement Discussions. (ECF No. 29). The parties request that the Court stay all proceedings pending settlement discussions between the parties.

　　Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion should be and hereby is **GRANTED**. This case is hereby stayed for a period of 90 days. The parties must submit a report to the Court every 30 days while the stay is in place. This status report should be submitted by letter to sohinfo@arwd.uscourts.gov.

　　IT IS SO ORDERED, this 11th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge