IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY L. CHERRY, et al.                                                                    PLAINTIFFS

v.                                        Case No. 4:14-cv-04014

SHELTER MUTUAL INSURANCE
COMPANY                                                                                   DEFENDANT

ORDER

      Before the Court is the parties' Joint Motion to Stay Pending Settlement Discussions. (ECF No. 34). The parties request that the Court enter an order staying all proceedings, including discovery, in this action pending settlement discussions. On August 11, 2014, the Court entered an Order staying all proceedings for 90 days. (ECF No. 30). On December 15, 2014, the Court extended the stay for an additional 90 days. (ECF No. 33). The stay expires March 16, 2015 and the parties request an additional stay, as they continue to work toward resolving the claims. The Court finds that good cause has been shown for an additional stay of ninety (90) days.

      Accordingly, the motion for stay (ECF No. 34) should be and hereby is GRANTED. This action is stayed for a period of ninety (90) days. The parties must submit a report to the Court every thirty (30) days while the stay is in place. This report should be submitted by letter to sohinfo@arwd.uscourts.gov. The parties should note that, at the conclusion of ninety (90) days, should they desire the Court to impose an additional stay, that request should be made by formal motion to the Court.

      **IT IS SO ORDERED**, this 16th day of March, 2015.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge