IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY L. CHERRY, et al.                                                                       PLAINTIFFS

v.                                          Case No. 4:14-cv-04014

SHELTER MUTUAL INSURANCE
COMPANY                                                                                       DEFENDANT

**ORDER**

    Before the Court is a Stipulation of Dismissal. (ECF No. 38). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendant Shelter Mutual Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 21st day of August, 2015.

                                           /s/ Susan O. Hickey
                                           Susan O. Hickey
                                           United States District Judge